FILED by _____ D.C.

FEB 16 1999

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for

DATE 2/11/99 DEFT. _Hugo Renera_ CASE # _97-383-cr-Hoeveler_
REPORTER _Terry Myers_ CLERK _Diana Conway_
AUSA _W. Ragsdale & Ryan_ DEFT. COUNSEL _Howard Srebnick_

( ) Deft. failed to appear – warrant to issue.  Bond forfeited.

( ) Sentencing continued until _____ at _____

(✗) JUDGMENT AND SENTENCE
Imprisonment: _60 Months as to Count One, to run_
_concurrent with Sentence imposed in case # 93-470 cr-WMH._
_____

(✗) Custody of Defendant:
(✗) Remanded to the United States Marshal
     ( ) Voluntary Surrender to (designated institution or U. S. Marshal) on
_____

( ) Defendant released on _____ bond pending appeal
( ) Commitment recommendation: _____
     Probation: _____
_____

(✗) While on supervised release, the defendant shall not commit another Federal, State or local crime, shall not possess a firearm, destructive device or other dangerous weapon, shall not possess a controlled substance and shall comply with the standard conditions that have been adopted by this Court.
     Supervised Release: _3 years. to run concurrent with SRL_
_imposed in case # 93-470 cr-WMH._
_____

     Assessment: _$50.00_
     Other: (Fine, restitution, etc.) _none_
_____

(✗) Additional comments: _Court recommends institution_
_in South Florida._
_Court entered oral order of forfeiture_